SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: scott.lachman@akerman.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELIPE BURCIAGA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOETTL HOME SERVICES, LLC d/b/a GOETTL AIR CONDITIONING AND PLUMBING,<br><br>Defendant. | Case No.: 3:25-cv-00443-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO REPLY IN SUPPORT OF DEFENDANT'S TO COMPEL ARBITRATION, DISMISS CLASS AND COLLECTIVE ACTION CLAIMS AND TO STAY PROCEEDINGS**<br>**(FIRST REQUEST)** |

Defendant Goettl Home Services, LLC d/b/a Goettl Air Conditioning and Plumbing (**Goettl**) and Plaintiff Felipe Burciaga (**Burciaga**) stipulate that Goettl shall have up to and including **February 13, 2026**, to file its reply supporting its motion to compel arbitration, dismiss class and collective action claims and to stay proceedings. ECF Nos. 11, 12, 13 (filed January 16, 2026); *see* ECF Nos. 16, 16, 17 (oppositions filed January 30, 2026). The current reply deadline is February 6, 2026. Good cause exists to grant the requested extension as undersigned counsel for Goettl has a brief in lieu of trial due February 5, 2026, in a state district court matter.

. . .

. . .

. . .

85256458;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED February 2, 2026.

| **AKERMAN LLP** | **THIERMAN BUCK** |
|---|---|
| _/s/ Scott R. Lachman_ | _/s/ Leah L. Jones_ |
| SCOTT R. LACHMAN, ESQ. | LEAH L. JONES, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 13161 |
| 1180 N. Town Center Dr., Suite 290 | 325 W. Liberty Street |
| Las Vegas, NV 89144 | Reno, Nevada 89501 |
| | |
| _Attorneys for Defendant_ | _Attorneys for Plaintiff_ |

**ORDER**

**IT IS SO ORDERED.**

DATED this 2nd day of February, 2026.

_____

**UNITED STATES DISTRICT JUDGE**
Case No. 3:25-cv-00443-MMD-CLB

2

85256458;1